USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JULIE WANG,

                        Plaintiff,

            –against–                                18-cv-1780 (LAK)

NEW YORK-NEW JERSEY SECTION OF THE
NINETY-NINES INC., et al.,

                        Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        In a report and recommendation dated June 4, 2018 (the "R&R"), Magistrate Judge Katharine H. Parker recommends the denial of plaintiff's motion to remand this action to the state court. No objections have been filed.

        The motion to remand [DI 10] is denied. While I agree with much of the magistrate judge's reasoning and with the result, this order should not be read as adopting each and every part of the rationale set forth in the R&R.

        SO ORDERED.

Dated:      July 16, 2018

                                                  Lewis A. Kaplan
                                           United States District Judge