USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/31/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JULIE WANG,

                                  Plaintiff,

                                  -against-

NEW YORK-NEW JERSEY SECTION OF
THE NINETY-NINES INC. and THE
NINETY-NINES, INC.,

                                  Defendants.

**ORDER**

**18-CV-1780 (LAK) (KHP)**

------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       On January 29, 2020, the parties appeared telephonically for a case management conference. As discussed on the record, the following order is entered.

       **Discovery.** The deadline for discovery is extended to **April 3, 2020**. No further extensions will be granted.

       **Requests to Admit.** Requests to admit shall be served no later than **March 6, 2020**. Responses are due by no later than **April 6, 2020**.

**SO ORDERED.**

DATED:     January 31, 2020
                New York, New York

                                            _____
                                            KATHARINE H. PARKER
                                            United States Magistrate Judge