UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X


JULIE WANG,

                          Plaintiff,                              **ORDER SCHEDULING**
                                                                  **STATUS CONFERENCE**

                          -against-                               **18-CV-1780 (LAK) (KHP)**

NEW YORK-NEW JERSEY SECTION OF
THE NINETY-NINES INC. and THE
NINETY-NINES, INC.,


                          Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**


        On March 30, 2021, an Order was granted allowing additional time to file pleadings in

this case that were due by April 30, 2021.  The Court did not receive any briefings.  A telephonic

status conference in this matter is hereby scheduled for **May 10, 2021 at 11:00 a.m**.  Counsel

for Plaintiff Julie Wang and for Defendant Ninety-Nines, Inc. are directed to call Judge Parker's

Chambers, together, at the scheduled time. Please use the Court's teleconference line: (866)

434-5269, access code: 4858267.  **SO ORDERED.**

DATED:     May 3, 2021
           New York, New York


                                              _Katharine H Parker_

                                              KATHARINE H. PARKER

                                              United States Magistrate Judge