UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JULIE WANG,

                Plaintiff,

-against-

NEW YORK-NEW JERSEY SECTION OF
THE NINETY-NINES INC. and THE
NINETY-NINES, INC.,

                Defendants.
------------------------------------------------------------------X

**ORDER**

**18-CV-1780 (LAK) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This Court scheduled a status conference in this matter on May 10, 2021 at 11:00 a.m. (ECF No. 132.) In light of counsel's representations, the Court will adjourn the May 10, 2021 status conference and will extend the briefing deadlines by 30 days. There will be no further extensions granted in this case.

      **SO ORDERED.**

DATED:   May 6, 2021
              New York, New York

                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge