UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JULIE WANG,

                        Plaintiff

          -against-                                              18-cv-1780 (LAK)

NEW YORK-NEW JERSEY SECTION OF THE
NINETY-NINES INC., et al.,

                        Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendant The Ninety-Nines Inc., moves for summary judgment dismissing the complaint and to strike certain documents. Dkt 115, 143, 146, 155. Plaintiff has cross moved for partial summary judgment. Dkt. 139. Magistrate Judge Katherine H Parker has filed a report and recommendation (the "R&R") suggesting that the defendant's motion for summary judgment should be granted and that plaintiff's motion for partial summary judgment should be denied. Dkt. 156. That same document contains her opinion on the motions to strike, no appeal from which has been taken.

       Plaintiff's objections to the R&R are overruled. The motion of defendant The Ninety-Nines Inc. for summary judgment dismissing the complaint is granted. Plaintiff's motion for partial summary judgment is denied. The Clerk shall terminate Dkts 143, 146 and 155, which were decided by the Judge Parker and not appealed.

       Inasmuch as this order determines all remaining claims with respect to all remaining parties, the Clerk shall enter final judgment.

       SO ORDERED.

Dated:      September 11, 2021

                                                               Lewis A. Kaplan
                                                         United States District Judge