# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JULIE WANG,

        Plaintiff,                                    18 **CIVIL** 1780 (LAK)

    -against-                                      **JUDGMENT**

NEW YORK-NEW JERSET SECTION OF THE
NINETY-NINES INC., et al.,

        Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 11, 2021, Magistrate Judge Katherine H. Parker has filed a Report and Recommendation (the "R&R") suggesting that the defendant's motion for summary judgment should be granted and that plaintiff's motion for partial summary judgment be denied. Dkt. 156. That same document contains her opinion on the motions to strike, no appeal from which has been taken. Plaintiff's objections to the R&R are overruled. The motion of defendant The Ninety-Nines Inc., for summary judgment dismissing the complaint is granted. Plaintiff's motion for partial summary judgment is denied. Inasmuch as the order determines all remaining claims with respect to all remaining parties, final judgment is entered.

**Dated:** New York, New York
           September 13, 2021

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                            Clerk of Court
                                          BY:
                                                              Deputy Clerk